No. 226. POLISH NATIONAL ALLIANCE OF THE UNITED STATES OF NORTH AMERICA *v.* NATIONAL LABOR RELATIONS BOARD. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit

granted, limited to the first five questions presented by the petition for the writ. *Messrs. Casimir E. Midowicz* and *Ewart S. Harris* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent.